UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No. 05-1191 (PAM/JSM)

Shannon Binns, derivatively on behalf of
Nominal Defendant Navarre Corp.,

                    Plaintiff,         **MEMORANDUM AND ORDER**

v.

Charles Cheney, Keith Benson, Timothy
Gentz, James Sippl, Tom Weyl, Brian
Burke, John Turner, Steve Pritchitt,
Dickson Wiltz, Edward Goetz, Michael
Snow, Cory Deacon, Eric H. Paulson,
James Gilbertson, and Navarre Corp. as
Nominal Defendant,

                    Defendants.

Civil No. 05-1216 (PAM/JSM)

Karel Filip, derivatively on behalf of
Nominal Defendant Navarre Corp.,

                      Plaintiff,

v.

Charles Cheney, Keith Benson, Timothy
Gentz, James Sippl, Tom Weyl, Brian
Burke, John Turner, Steve Pritchitt,
Dickson Wiltz, Edward Goetz, Michael
Snow, Cory Deacon, Eric H. Paulson,
James Gilbertson, and Navarre Corp. as
Nominal Defendant,

                    Defendants.

Civil No. 05-1818 (PAM/RLE)

Jeffrey Evans, on behalf of Navarre Corp.,

                    Plaintiff,

v.

Eric H. Paulson, James G. Gilbertson,
Brian M.T. Burke, Cary L. Deacon, Keith
A. Benson, Charles E. Cheney, Timothy R.
Gentz, Tom Weyl, Dickinson G. Wiltz,
James G. Sippl, Michael L. Snow, and
Alfred Teo,

       Defendants.

---

Joan M. Brewster, derivatively on behalf
of Navarre Corp.,

       Plaintiff,

v.

Eric H. Paulson, James G. Gilbertson,
Brian M.T. Burke, Cary L. Deacon, Keith
A. Benson, Charles E. Cheney, Timothy R.
Gentz, Tom F. Weyl, Dickinson G. Wiltz,
James G. Sippl, Michael L. Snow, and
Alfred Teo,

       Defendants.

Civil No. 05-2044 (PAM/RLE)

---

William Block, derivatively on behalf of
Navarre Corp.,

       Plaintiff,

v.

Eric H. Paulson, James G. Gilbertson,
Brian M.T. Burke, Cary L. Deacon, Keith
A. Benson, Charles E. Cheney, Timothy R.
Gentz, Tom F. Weyl,

Civil No. 05-2067 (PAM/RLE)

Dickinson G. Wiltz, James G. Sippl,
Michael L. Snow, Alfred Teo, and Navarre
Corporation as Nominal Defendant,

          Defendants.

---

This matter is before the Court on Plaintiffs Filip and Binns's Motion for Discovery, for an Extension of Time to File an Opposition to the Motion to Dismiss, and for a Continuance of the Hearing on the Motion to Dismiss. The Motion was orally granted at the status conference on March 23, 2006, in that Plaintiffs were permitted to propound limited discovery requests, and the hearing was postponed. The parties have since exchanged discovery requests and responses, as directed by the Court. The parties were also instructed to contact the Court by Monday, April 3, 2006, with any unresolved disputes. No party has done so. Accordingly, **IT IS HEREBY ORDERED** that:

1.  Plaintiffs Filip and Binns's Motion for Discovery, for an Extension of Time to File an Opposition to the Motion to Dismiss, and for a Continuance of the Hearing on the Motion to Dismiss (Docket No. 66 in Civ. No. 05-1191; Docket No. 65 in Civ. No. 05-1216; Docket No. 50 in Civ. No. 05-1818; Docket No. 49 in Civ. No. 05-2044; and Docket No. 40 in Civ. No. 05-2067) is **GRANTED**; and

2.      Defendants are instructed to call Suzanne Ruiz, calendar clerk to the undersigned, to reschedule the hearing on their Motion to Dismiss.


Dated: April 6, 2006

                                                      s/ Paul A. Magnuson
                                                      Paul A. Magnuson
                                                      United States District Court Judge