UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KAREL FILIP, derivatively on behalf of Nominal Defendant, NAVARRE CORP., <br><br> Plaintiff, <br> vs. <br><br> CHARLES CHENEY, KEITH BENSON, TIMOTHY GENTZ, JAMES SIPPL, TOM WEYL, BRIAN BURKE, JOHN TURNER, STEVE PRITCHITT, DICKSON WILTZ, EDWARD GOETZ, MICHAEL SNOW, CORY DEACON, ERIC H. PAULSON and JAMES GILBERTSON, <br><br> Defendants, <br><br> and <br><br> NAVARRE CORP., <br><br> Nominal Defendant. | Civil Action No. 05-cv-1216 PAM/RLE <br><br> (Related Cases: <br> 05-cv-1191 PAM/RLE <br> 05-cv-1818 PAM/RLE <br> 05-cv-2044 PAM/RLE <br> 05-cv-2067 PAM/RLE) <br><br> **Docket No. 72** <br><br> **ORDER** |

This matter is before the Court upon the stipulation of the above-captioned parties to dismiss the action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Based upon the file, record, and pleadings in this matter, and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed without prejudice and without costs to either party.

Dated: May ___16___, 2006

                                                              s/Paul A. Magnuson
                                                               The Honorable Paul A. Magnuson
                                                               United States District Judge